■ In the Matter of MIGUEL DIAZ, Appellant, v ANTHONY ANNUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [11 NYS3d 497]—Appeal from a judgment of the Supreme Court, Wyoming County (Michael M. Mohun, A.J.), entered June 19, 2014 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Ansari v Travis*, 9 AD3d 901 [2004], *lv denied* 3 NY3d 610 [2004]). Present—Smith, J.P., Peradotto, Sconiers, Valentino and DeJoseph, JJ.